IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

Plaintiff Dahir Abdi v. ) Cause No.
Defendant Jonathan Norman ) Demand for Jury Trial

**Hold Service**

Petition for Damages

Plaintiff Dahir Abdi for his Petition against Defendant Jonathan Norman states:

1. On or about 2/15/21 at 9:30a, Plaintiff Dahir Abdi was driving westbound on I-64 in the City of St. Louis, Missouri.

2. At the above date and time, Defendant Jonathan Norman was driving his vehicle and crashed his vehicle into the rear-end of Plaintiff's vehicle.

3. It was the duty of Defendant, before and at the time of the crash, to exercise the highest degree of care for the safety of Plaintiff.

4. Defendant breached his duty by driving too fast and/or too close for conditions.

5. The negligence of Defendant was a proximate cause of Plaintiff's bodily injuries.

6. As a result of Plaintiff's injuries, he has had past and future medical expenses, past and future pain and suffering, past and future disability, loss of a normal life, and disfigurement.

WHEREFORE, Plaintiff Dahir Abdi prays for judgment against Defendant Jonathan Norman in an amount in excess of $25,000 plus costs.

/s/ Ben Goldenhersh
Ben Goldenhersh, Bar # 57118
GOLDENHERSH & GOLDENHERSH, P.C.
8147 Delmar Blvd., Ste. 1, St. Louis, MO 63130
(p) (314) 707-7789 (f) (314) 726-9949
ben@goldenhershlaw.com
Attorney for Plaintiff