IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DAHIR ABDI, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:   4:23-cv-01028-MTS |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN NORMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

COME NOW Daniel E. Wilke and Wilke & Wilke, P.C. and enter their appearance as attorneys for Defendant Jonathan Norman.

        **/s/ Daniel E. Wilke**
        Daniel E. Wilke #24464MO
        James A. Wilke #51242MO
        Megan D. Atzert, #70866MO
        WILKE & WILKE, P.C.
        Attorneys for Defendant
        2708 Olive Street
        St. Louis, Missouri 63103
        314-371-0800
        Fax: 314-371-0900
        wilke@wilkewilke.net
        jwilke@wilkewilke.net
        matzert@wilkewilke.net

**CERTIFICATE OF SERVICE**

      I hereby certify that I signed the original of this document and that the signed original will be maintained for a period of time not less than the maximum time allowed to complete the appellate process. I hereby certify that on August 24, 2023 the foregoing was filed electronically with the Clerk of Court to be served via operation of the Court's electronic filing system upon the following:

Ben Goldenhersh
Goldenhersh & Goldenhersh, P.C.
8147 Delmar Blvd., Ste. 1
St. Louis, MO 63130
(p) (314) 707-7789 (f) (314) 726-9949
ben@goldenhershlaw.com
Attorney for Plaintiff

                                                    **/s/ Daniel E. Wilke**

DEW:ksw